1  David S. Reidy (SBN 225904)
   Email: dreidy@reedsmith.com
2  Jennifer J. Brady (SBN 233440)
   Email: jbrady@reedsmith.com
3  Renee C. Feldman (SBN 253877)
   Email: RFeldman@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
6  Facsimile:     +1 415 391 8269

7  Attorneys for Defendants
   BAC Home Loans Servicing, LP (erroneously
8  sued as "BAC Home Loan Servicing,
   LP"); ReconTrust Company, N.A. (erroneously
9  sued as "ReconTrust Company")

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12 | WALTER HERNANDEZ AND GILDA MEDRANO, | No.: 3:10-cv-05434-TEH
13 |                                      | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**
14 | Plaintiffs,                          |
15 | vs.                                  |
16 | WMC MORTGAGE CORP.; BAC HOME LOAN SERVICING, LP; KONDAUR CAPITAL CORP.; RECONTRUST COMAPNY; AND DOES 1 through 20, inclusive, |
17 |                                      |
18 | Defendant.                           |

19

20     WHEREAS the Complaint in this Action was filed in Contra Costa Superior Court on

21 November 8, 2010 (Case No. C10-03287);

22

23     WHEREAS defendant Kondaur Capital Corp. removed this Action on December 3, 2010;

24

25     WHEREAS defendants BAC Home Loans Servicing, LP (erroneously sued as "BAC Home

26 Loan Servicing, LP") and ReconTrust Company, N.A. (erroneously sued as "ReconTrust

27 Company") (collectively, "Defendants") did not join in the Notice of Removal were not notified of

28 the removal until today;

1  NOW, THEREFORE, IT IS HEREBY STIPULATED by and among plaintiffs Walter
2  Hernandez and Gilda Medrano ("Plaintiffs") on one hand, and BAC Home Loans Servicing, LP
3  (erroneously sued as "BAC Home Loan Servicing, LP") and ReconTrust Company, N.A.
4  (erroneously sued as "ReconTrust Company") (collectively, "Defendants") on the other, that an
5  order may be entered extending Defendants time to respond to the Complaint until December 22,
6  2010.

8  DATED:  December 9, 2010.

9  REED SMITH LLP

11  By   /s/ Renee Feldman
     Renee C. Feldman
12   Attorneys for Defendants
     BAC Home Loans Servicing, LP (erroneously sued
13   as "BAC Home Loan Servicing, LP"); ReconTrust
     Company, N.A. (erroneously sued as "ReconTrust
14   Company")

15  DATED:  December 9, 2010.

16  By   /s/ Michael Sacks
17   Michael Sacks
     Attorneys for Plaintiffs
18   Walter Hernandez and Gilda Medrano

20  **IT IS SO ORDERED.**

22  DATED:  December _9_, 2010.

24  Thelton E. Henderson
    United States District Judge



No.: 3:10-cv-05434-TEH  – 2 –  US_ACTIVE-105086195
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING