1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    WALTER HERNANDEZ, et al.,

6                    Plaintiffs,                      NO. C10-5434 TEH

7         v.                                          ORDER TO SHOW CAUSE

8    WMC MORTGAGE CORP., et al.,

9                    Defendants.

10

11        Defendant Kondaur Capital Corporation's motion to dismiss is currently pending

12   before the Court. Plaintiffs failed to file any opposition papers by the January 3, 2011

13   deadline. The Court's deputy clerk left a voice-mail message for Plaintiffs' counsel on

14   January 4, 2011. That message has yet to be returned. The Court's deputy clerk called again

15   on January 5, 2011, and could not leave a voice-mail message because Plaintiffs' counsel's

16   mailbox was full.

17        Accordingly, with good cause appearing, IT IS HEREBY ORDERED that Plaintiffs

18   shall show cause as to why sanctions should not be imposed, including possible dismissal of

19   this case for failure to prosecute. Plaintiffs' show cause response shall be filed on or before

20   January 18, 2011. Plaintiffs shall also file opposition papers or a statement of non-opposition

21   to the pending motion by the same date. The Court will then schedule a reply deadline and

22   hearing date if necessary. Plaintiffs' counsel shall register with the Court's electronic case

23   filing system and file these papers electronically.

24   //

25   //

26   //

27   //

28   //

*United States District Court*
For the Northern District of California

United States District Court

For the Northern District of California

1         If Plaintiffs fail to file a timely response to this order, then this case shall be dismissed

2    with prejudice for failure to prosecute.

3

4    **IT IS SO ORDERED.**

5

6    Dated: 1/5/11

7    THELTON E. HENDERSON, JUDGE
     UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28