IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER HERNANDEZ AND
GILDA MEDRANO,

          Plaintiffs,

     v.

WMC MORTGAGE CORP., et al.,

          Defendants.

NO. C10-5434 TEH

ORDER TO SHOW CAUSE

     A motion to dismiss filed by Defendants BAC Home Loans Servicing, L.P., and ReconTrust Company, N.A., is currently pending before the Court. Plaintiffs failed to file any opposition papers by the January 10, 2011 deadline. This omission follows those recited in the Court's January 5, 2011 order to show cause.

     Accordingly, with good cause appearing, IT IS HEREBY ORDERED that Plaintiffs shall show cause as to why sanctions should not be imposed, including possible dismissal of this case for failure to prosecute. Plaintiffs' show cause response shall be filed on or before January 18, 2011. Plaintiffs shall also file opposition papers or a statement of non-opposition to the pending motion by the same date. The Court will then schedule a reply deadline and hearing date if necessary. Plaintiffs' counsel shall register with the Court's electronic case filing system and file these papers electronically.

//

//

//

//

//

//

1     If Plaintiffs fail to file a timely response to this order or to the Court's January 5, 2011

2  order to show cause, then this case shall be dismissed with prejudice for failure to prosecute.

3

4  **IT IS SO ORDERED.**

5

6  Dated: 1/12/11                          _____

7                                          THELTON E. HENDERSON, JUDGE
                                           UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California